**TAB 2**

**JACKSON**

| **CHARGE** | **DOCUMENT** |
|---|---|
| ASSAULT WITH A HANDGUN | ARREST REPORT |
| POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE | ARREST REPORT |

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

STATE OF MARYLAND
STATE'S ATTORNEY — N. Grissett               CASE NUMBER      CA033240J

VS                                            TRACKING #       CR4E00227882

JACKSON, ADRAIN DAVID        DOB: 07/11/78     DATE: 1/12, 2004
                             ID: X0408924      CLERK  Lisa Roarick
DEFENSE ATTORNEY — DAVIES, MATTHEW F

DOCKET ENTRIES

JUDGE  Lamasney , PRESIDING:  Ms. Bingham , REPORTER

1. _____
2. DEFENDANT WITHDRAWS PLEA OF "NOT GUILTY" GENERALLY AND ENTERS PLEA OF "GUILTY"  ABA
   "NOLO CONTENDERE" TO COUNT 2 - Carry a handgun
   DEFENDANT FOUND GUILTY. NO FINDING.
3. PRESENTENCE REPORT SEALED AND FILED.
4. SENTENCED TO THE JURISDICTION OF THE DIVISION OF CORRECTION/P.G. COUNTY
   DEPT. OF CORRECTIONS AS FOLLOWS:
   COUNT  2  FOR A PERIOD OF  30  YEARS days
   COUNT ___ FOR A PERIOD OF ___ YRS, CONCURRENT WITH/CONSECUTIVE TO CNT ___
   COUNT ___ FOR A PERIOD OF ___ YRS, CONCURRENT WITH/CONSECUTIVE TO CNT ___
   COUNT ___ PAY A FINE OF $_____
5. SENTENCE TO COMMENCE AS OF  1-20-04 .  (  0  DAYS CREDIT GIVEN).
6. ALL BUT ___ DAYS ARE SUSPENDED AND THE DEFENDANT IS PLACED ON UNSUPERVISED/
   SUPERVISED PROBATION FOR A PERIOD OF _____.
7. SENTENCE TO INCARCERATION IS SUSPENDED AND THE DEFENDANT IS PLACED ON
   UNSUPERVISED/SUPERVISED PROBATION FOR A PERIOD OF _____.
8. FURTHER PROCEEDINGS DEFERRED. ENTRY OF JUDGMENT IS STAYED PURSUANT TO
   CRIMINAL PROCEDURE SECTION 6-220, AND THE DEFENDANT IS PLACED ON
   UNSUPERVISED/SUPERVISED PROBATION FOR A PERIOD OF _____.
9. COURT COSTS ASSESSED AT $ _____.  COURT COST WAIVED.
10. ORDER FOR PROBATION, FILED.
11. (A) STET    (B) NOLLE PROS    (C) JUDGMENT OF ACQUITTAL
    (D) NOT GUILTY   (E) MERGE REMAINING COUNTS INTO COUNT  2 .
12. DEFENDANT FAILED TO ANSWER. APPEAL IS DISMISSED. FILE REMANDED TO THE
    DISTRICT COURT.
13. ANY BENCH WARRANTS ARE RECALLED. ANY BOND DISCHARGED.
14. DEFENDANT PLACED ON UNSUPERVISED PROBATION UNTIL FINE AND COSTS ARE PAID.
15. FINE AND COSTS TO BE PAID BY _____.
16. DISMISSED AS DUPLICITOUS.
17. MERGED WITH CASE.
18. SUSPEND THE IMPOSITION OF ANY SENTENCE.
19. CLERK TO ISSUE RELEASE ORDER D.O.C/DETENTION CENTER.
20. SENTENCE TO BE SERVED IN THE COUNTY CORRECTIONAL FACILITY.
21. DEFENDANT RELEASED AS TO THIS CASE ONLY.
22. Sentence to be Served on Home Detention
23. _____
24. _____

(A053240)



# DISTRICT COURT OF MARYLAND FOR Prince George's County
Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772    Case No.: 004E00227882

| STATE OF MARYLAND | VS | JACKSON, ADRAIN DAVID |
|---|---|---|
| COMPLAINANT: | | 2627 BOWEN RD SE #102 |
| Officer: LIDE | | WASHINGTON, DC  20020 |
| Agency/Subagency: DA SOD | | CC#: 030800056    SID: |
| ID: 2200 | | Local ID:      DL#:      DL State: |
| | | Race: 1  Sex: M  Height: 5'7"  Weight: 182  Hair: BLK  Eyes: BRN |
| | | DOB: 07/11/1978  Phone(H): (202) 610-0459  Phone(W): |

**FILED**

SEP 18 2003 IV

CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGES COUNTY, MD.

## CHARGE SUMMARY

UPON THE FACTS CONTAINED IN THE APPLICATION OF LIDE
IT IS FORMALLY CHARGED THAT JACKSON, ADRAIN DAVID at
the dates, times and locations stated in the Charging document:

| CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|---|---|---|---|
| 1 1420 | CR 3 202 | 25 Y | ASSAULT - ~~FIRST~~ 3rd DEGREE |
| 1 5212 | CR 4 203 | 3 Y &/or $2,500.00 | HANDGUN ON PERSON |

Date: 03/21/2003    Time: 08:37 AM    Judicial Officer: _____ 5096

Tracking No. 000002156932

X0408924

LaTonya Thomas 5096



# DISTRICT COURT OF MARYLAND FOR Prince George's County

DATE: 03/21/2003
TIME: 01:17
RELATED CASE(S)

LOCATED AT (COURT ADDRESS)
14735 Main Street
Upper Marlboro, MD 20772

DISTRICT COURT CASE NUMBER
4E00227882

DEFENDANT'S NAME (LAST, FIRST M.I.)
JACKSON, Adrain David

| COMPLAINANT | | DEFENDANT | |
|---|---|---|---|
| NAME (LAST, FIRST M.I.) Cpl. Lide | TITLE | NAME (LAST, FIRST M.I.) JACKSON, Adrain David | TITLE |
| AGENCY SUB-AGENCY P.G. County Police | I.D.NO.(POLICE) 2200 | MAFIS NAME (LAST, FIRST M.I.) | TITLE |

DEFENDANT:
I.D.NO. | RACE B | SEX M | HT. 5' 07" | WT. 182 | D.O.B. 7/11/78
CC/OCA 538204 | HAIR BLK | EYES Brown | OTHER DESCRIPTION

WORK TELEPHONE (301) 731-7818
HOME TELEPHONE
ADDRESS: SOD 6700 Riverdale Road
CITY Riverdale, STATE ZIP CODE 20737

WORK TELEPHONE (202) 610-0459
HOME TELEPHONE ( ) -
ADDRESS: 2627 Bowen Rd SE  APT.NO. 102
CITY Washington DC  STATE  ZIP CODE 20020

☐ DOMESTIC VIOLENCE  ☐ HATE CRIME                  Page 1 of ___

## STATEMENT OF CHARGES
IT IS FORMALLY CHARGED THAT THE DEFENDANT

**1**  CJIS CODE 1 1420 981963  ON OR ABOUT (DATE) 03/21/2003 01:17  AT (PLACE) 3258 Brinkley Road Temple Hills Prince George's County, MD
...did assault Lawrence Metcalf in the ~~first~~ 2nd degree in violation of CR 3-202, contrary to the form of the act of the assembly in such case made and provided and against the peace, government and dignity of the state.

3-203

IN VIOLATION OF:
☒ MD ANN. CODE ART. CR SEC. 3-202  ☐ COMMON LAW OF MD.  ☐ PUB. LOCAL LAW ART. SEC.  PROBABLE CAUSE ✓Y __N
☐ COMAR/AGENCY CODE NO.  ☐ ORDINANCE NO.  AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE  COMMISSIONER INITIALS ID NO. 5096 LT

**2**  CJIS CODE 1 5212 981963  ON OR ABOUT (DATE) 03/21/2003 01:17  AT (PLACE) 3258 Brinkley Road Temple Hills Prince George's County, MD
...did wear, carry and transport a handgun upon and about their person.

IN VIOLATION OF:
☒ MD ANN. CODE ART. CR SEC. 4 203  ☐ COMMON LAW OF MD.  ☐ PUB. LOCAL LAW ART. SEC.  PROBABLE CAUSE ✓Y __N
☐ COMAR/AGENCY CODE NO.  ☐ ORDINANCE NO.  AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE  COMMISSIONER INITIALS ID NO. 5096 LT

☐ CONTINUED ON ATTACHED SHEET (FORM DC/CR 2A)                 Court Copy

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTER AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

DATE 03/21/2003  PEACE OFFICER Cpl. Lide
AGENCY - SUB-AGENCY P.G. County Police  I.D.NO. 2200

TRACKING NO. 000002156921  CBF NO. _____

FORM DC/CR 2 (Rev. 7/94)

CCN: 03-080-0056

# DISTRICT COURT OF MARYLAND FOR Prince George's County

DATE: 3/21/03
TIME: 01:17
RELATED CASE(S):

LOCATED AT (COURT ADDRESS)
14735 Main Street
Upper Marlboro, MD 20772

DISTRICT COURT CASE NUMBER
4E00227882

## COMPLAINANT

NAME (LAST, FIRST M.I.): Cpl. Lide
TITLE:
AGENCY: P.G. County Police
SUB-AGENCY:
I.D.NO.(POLICE): 2200
WORK TELEPHONE: (301) 731-7818
HOME TELEPHONE:
ADDRESS: SOD, 6700 Riverdale Road
APT.NO.:
CITY: Riverdale, MD 20737

## DEFENDANT

NAME (LAST, FIRST M.I.): JACKSON, Adrain David
TITLE:
MAFIS NAME (LAST, FIRST M.I.):
TITLE:
I.D.NO.:
RACE: B
SEX: M
HT.: 5'07"
WT.: 182
D.O.B.(MM/DD/YY): 7/11/78
CC/OCA: 538204
HAIR: BLK
EYES: Brown
OTHER DESCRIPTION: WHITE T SHIRT BLK PANTS
WORK TELEPHONE: (202) 610-0459
HOME TELEPHONE: ( ) -
ADDRESS: 2627 Bowen Rd SE
APT.NO.: 102
CITY: Washington DC
ZIP CODE: 20020

☐ DOMESTIC VIOLENCE   ☐ HATE CRIME

Page 1 of __

## STATEMENT OF PROBABLE CAUSE
ARREST ON TRAFFIC/NATURAL RESOURCES CITATIONS/CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS

ON 3/21/03 AT 0117 HRS AT 3285 BRINKLEY RD TEMPLE HILLS, MD ( PRINCE GEORGE'S COUNTY ) 20748 (CLUB ELITE). OFFICER LIDE #2200 WAS WORKING SECURITY WHEN HE OBSERVED ADRIAN JACKSON (DEFENDANT) RUNNING TOWARDS THE EXIT DOOR OF CLUB ELITE. OFFICER LIDE ALSO OBSERVED SEVERAL PEOPLE RUNNING BEHIND ADRIAN JACKSON. AS THEY ALL WERE EXITING CLUB ELITE, LAWRENCE METCALF (VICTIM) YELLED " HE HAS A GUN", REFERRING TO ADRIAN JACKSON. OFFICER LIDE THEN WENT OUTSIDE AND OBSERVED LAWRENCE METCALF AND SOMEONE ELSE RESTRAINING ADRIAN JACKSON. OFFICER LIDE OBSERVED LAWRENCE METCALF PULL A GREEN OBJECT FROM THE RIGHT SIDE OF ADRIAN JACKSON'S WAISTBAND. OFFICER LIDE TOOK THE OBJECT FROM LAWRENCE METCALF. THE GREEN OBJECT WAS A GREEN SOCK AND INSIDE OF THE SOCK WAS A FABRINER VITORIA FIRESTORM .45 CALIBER HANDGUN ( SERIAL "71-04-03772-00 ) BLACK IN COLOR.

LAWRENCE METCALF TOLD OFFICER LIDE THAT HE AND ADRIAN JACKSON ACCIDENTLY BUMPED INTO EACH OTHER INSIDE OF CLUB ELITE. ADRIAN JACKSON BECAME UPSET AND POINTED THE HANDGUN AT HIM (LAWRENCE METCALF). LAWRENCE METCALF THEN WALKED AWAY FROM THE DEFENDANT (ADRIAN JACKSON) TO GET HELP. LAWRENCE METCALF AND SEVERAL CITIZENS ATTEMPTED TO APPROACH ADRAIN JACKSON INSIDE OF CLUB ELITE. ADRIAN JACKSON THEN ATTEMPTED TO LEAVE THE CLUB BY RUNNING OUT THE FRONT EXIT OF CLUB ELITE. ADRIAN JACKSON WAS THEN CAUGHT AND DETAINED AFTER A BRIEF STRUGGLE WITH THE VICTIM AND CITIZENS UNTIL OFFICER LIDE PLACED HIM UNDER ARREST. ADRIAN JACKSON SUFFERED MINOR FACIAL LACERATIONS AND BRUISING FROM WHEN HE ATTEMPTED TO RESIST APPREHENSION BY THE VICTIM (LAWRENCE METCALF) AND THE GROUP OF CITIZENS.

THE DEFENDANT (ADRIAN JACKSON) WAS TRANSPORTED TO FORT WASHINGTON HOSPITAL WHERE HE WAS TREATED AND RELEASED. THE DEFENDANT WAS THEN TRANSPORTED TO DISTRICT 4 FOR PROCESSING. ALL EVENTS OCCURRED IN PRINCE GEORGE'S COUNTY, MARYLAND.

☐ CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)   PROBABLE CAUSE CHARGES # 3
LACK OF PROBABLE CAUSE CHARGES # ____

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTER AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.
DATE: 3/21/03
ARRESTING OFFICER: Cpl. Lide
AGENCY: P.G. County Police
SUB-AGENCY:
I.D.NO.: 2200

I HAVE REVIEWED THE STATEMENT OF CHARGES AND HAVE DETERMINED THAT
☒ THERE IS PROBABLE CAUSE TO DETAIN THE DEFENDANT
☐ THERE IS NOT PROBABLE CAUSE TO DETAIN THE DEFENDANT AND I HAVE ACCORDINGLY RELEASED HIM ON HIS OWN RECOGNIZANCE.
DATE: 3/21/03
JUDICIAL OFFICER:
COMMISSIONER I.D.NO.: 5096

TRACKING NO. 000002156921   CBF NO. ____

Court Copy

FORM DC/CR 4 (Rev. 7/94)

Date Printed: May 18, 2006

## Circuit Court For Prince George's County, Maryland

Case No. CA033240J

State of Maryland

VS.

Adrain David Jackson
2627 Bowen Rd Se #102

Washington, DC 20020

Alias: Adrain David Jackson
DOB: 07/11/1978
ID#: Z0408924
Tracking#: 000002156932
Dist Court#: CR4E00227882

Assistant State's Attorney: Nycole L Grissett
Defense Attorney: Matthew Davies

DCM Track: A3
Rule 4-271 Date:

Charge: Assault 2nd Degree
 One of 2 related Charges
 Citation Number:

**Bond**

| Type | Amount | Bondsman |
|---|---|---|
| Corporate Bond | $25,000.00 | Adrain David Jackson |

**Event Activity**

| Date | Event | Date | Closing Docket | Judge/Master |
|---|---|---|---|---|
| 12/11/03 | Status Conference | 12/11/03 | Status Conference Moot | Vincent J Femia |
| 01/12/04 | Trial | 01/12/04 | Plea Hearing Held | Maureen M Lamasney |

Date Printed: May 18, 2006

## Circuit Court For Prince George's County, Maryland

Case No. CA033240J

**Docket Activity**

| Date | User | Docket Entry |
|---|---|---|
| 03/21/03 | (CON) | Corporate Bond |
| 12/11/03 | (CON) | Status Conference Moot |
| 01/12/04 | (CON) | Adult Trial/Sentence |
| 01/12/04 | (CON) | Condition of Bond Met |
| 01/12/04 | (CON) | Conversion Case Closed |
| 01/12/04 | (CON) | Plea Hearing Held |
| 02/17/04 | (CON) | OR1 Sentence: PGC  DOC |
| 03/16/04 | (CON) | Conversion Hicks Date |
| 05/17/06 | (JCT) | Letter Requesting Copies Fd From DOJ. 318 |

Case No: CA033240J

STATE OF MARYLAND
PRINCE GEORGE'S COUNTY, TO WIT:

I HEREBY CERTIFY THAT the foregoing is a true copy of the

documents in the above entitled case in the

Circuit Court for Prince George's County, Maryland.

          IN TESTIMONY WHEREOF, I
          hereto set my hand and affix the seal
          of the Circuit Court for Prince
          George's County, Maryland, this
          23rd day of May, 2006.

          *Rosalyn E. Pugh*
          Rosalyn E. Pugh, Clerk   #318

# METROPOLITAN POLICE DEPARTMENT
Washington, D.C.

**ARREST/PROSECUTION REPORT**

P.D. 16 Rev. 6/94

1. PERSON NOTIFIED OF NAME CHANGE - UNIT - DATE - TIME - NCIC NO. (ID Only)
2. ID NUMBER (ID Only)
3. DEFENDANT'S TRUE NAME - LAST, FIRST, MIDDLE (ID Only)
4. CID NUMBER

5. UNIT-ARREST NO.: 079800937
6. DEFENDANT'S NAME - LAST, FIRST, MIDDLE (At time of arrest): JACKSON, ADRIEN, D
7. DEA NUMBER: HI 891

8. Arresting Officer's Name: MYERS III, ALFRED, L.
9. TYPE OF RELEASE: CITATION / BOND / COLLATERAL
10. NICKNAME / ALIAS:
11. PHONE NUMBER: NONE

Rank: OFC   2145   Agency: MPDC
12. COURT DATE: 2/9/98
13. ADDRESS: 3351 BROTHERS PL SE
14. TIME IN D.C.: LIFE

15. ☐ CHILD ABUSE ☐ GANG SPECIAL INTELLIGENCE ☐ HATE ☐ SENIOR CITIZEN ☐ DOMESTIC VIOLENCE
16. SEX: M
17. RACE: BLK
18. BIRTHDATE: 7/11/78
19. SOCIAL SECURITY NUMBER: 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

20. NEED INTERPRETER: Yes ☐ No ☐
21. HEIGHT: 5'8
22. WEIGHT: 180
23. HAIR: BLK
24. EYES: BRN
25. COMPLEX: MED
26. PERMIT NO/ST: 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/DC
27. BIRTHPLACE: WASHINGTON, DC

28. CO-DEFENDANTS: Number 0
29. IMPERSONATOR? M / F
30. ETHNICITY
31. CAUTION

N/A

32. SCARS/MARKS/TATTOOS
33. HAT: BLK
34. JACKET: GREEN
35. PANTS: GREEN
36. COAT
37. SHIRT: BLUE
38. SKIRT/DRESS

39. WALES/NCIC CHECK
CHECK MADE BY (Name):
NCIC NUMBER: SYSTEM DOWN
WARRANT ON FILE: Yes ☐ No ☐

40. LOCATION OF OFFENSE: 100 BLK OF STERLING ST SE
DATE OF OFFENSE: 2/9/98
TIME OF OFFENSE: 0330

41. LOCATION OF ARREST: 100 BLK OF STERLING ST SE
DATE OF ARREST: 2/9/98
TIME OF ARREST: 0335

42. ASSISTING OFFICER'S NAME, BADGE NO. & UNIT OR AGENCY: WOODWARD, E 1612 7D

43. DEFENDANT ADVISED OF RIGHTS
DATE: 2/9/98
TIME: 0400
LOCATION: 7D
OFFICER'S NAME - ADVISING / COMPLETING PD FORM 47/47A: REBISH
BADGE NO.: 190
UNIT: 7D

44. COMPLAINANTS / WITNESSES
W-1: MYERS III, ALFRED, L.   ADDRESS: 2455 ALABAMA AVE   BIRTHDATE: ADULT   WORK PHONE NO.: 202 645 0011
W-2:

45. SPEC. OPS.
46. TACTICS
47. PREMISES
48. SCHOOL ZONE ☐ PUBLIC HOUSING ☐

49. CHARGES / NOI OR WARRANT NUMBER / CCN / MPD DISPOS. / COLLA./BOND RECEIPT NO.
1. USCA PWID COCAINE   CCN: 067-162

50. PROPERTY RECOVERED / ITEMS OF EVIDENCE
PROPERTY BOOK/PAGE NO.: 599/127
CSES NO.:
51. INITIALS - DATE - UNIT OF PERSON TAKING PRINT
52. M.O. WEAPONS, HANGOUTS, HABITS, INSTRUMENTS
53. RIGHT THUMB PRINT

54. CCB USE ONLY / HEIGHT / WEIGHT / HAIR / EYES / COMPLEX / SCARS/MARKS/TATTOOS

DISTRIBUTION: Page 1 to ID & RD; Page 2 & 3 to Prosecutor; Page 4 (yellow), Unit Copy; Page 5 Officer's Copy.

PAGE 1   REVERSE CARBON AND FILL IN REVERSE SIDE OF THIS FORM

**55. EMPLOYMENT HISTORY** (List present employment if any, on Line 1)

| FROM - DATE - TO | EMPLOYER | ADDRESS | BUS. PHONE | OCCUPATION |
|---|---|---|---|---|
| 1. | UNEMPLOYED | | | |
| 2. | | | | |

**56. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES** (Begin with immediate family)

| RELATIONSHIP | DOB/AGE | NAME - LAST, FIRST, M.I. | ADDRESS - STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
|---|---|---|---|---|
| GRANDFATHER | 60 | MEDLEY, JAMES | 3351 BROTHERS PL SE | |

**57. MILITARY SERVICE: BRANCH/DATE FROM - TO:** N/A

**58. TELEPHONE CALL MADE:** ☒ Yes ☐ No ☐ Refused

**59. PHONE NUMBER:** 202 563-2290

**60. STATEMENT OF FACTS:**

ON 2/9/98 AT APPROXIMATELY 0330 HRS WHILE ON ROUTINE PATROL THE DEFENDANT WAS OBSERVED OPERATING A GREEN NISS BEARING MD TAGS ETF-610 WITH NO LIGHTS RUNNING IN THE 100 BLK OF STERLING ST SE. DUE TO RECENT THEFTS FROM AUTO'S AND A BOW GUN WHICH OCCURRED IN THE AREA, SPECIAL ATTENTION WAS ENFORCED DURING THE MIDNIGHT TOUR OF DUTY. THE DEFENDANT AND A PASSENGER APPEARED TO BE SLUMPED IN THE VEHICLE TO AVOID BEING SEEN. A TRAFFIC STOP WAS CONDUCTED AND THE DEFENDANT AND PASSENGER WERE ASKED TO STEP OUT OF THE VEHICLE.

A FRISK OF THE DEFENDANT BY THE UNDERSIGNED OFFICER, BY TOUCHING THE OUTTER JACKET, FELT TO BE PACKAGE ROCK COCAINE. THE DEFENDANT WAS PLACED UNDER ARREST AND SEARCH INCIDENT TO ARREST REVEALED 56 SMALL ZIP LOCK BAGS OF A WHITE ROCK LIKE SUBSTANCE, A MAD SIZE ROCK LIKE SUBSTANCE, ALL PACKAGE IN A MAD CLEAR SANDWICH BAG. THESE SUBSTANCES FIELD TESTED POSITIVE FOR A COLOR REACTION TO COCAINE. THE DEFENDANT WAS PLACED UNDER ARREST AND TRANSPORTED TO THE SEVENTH DISTRICT.

COC DRUGS DEP→ MYERS → REBISH → MYERS → HS → PB.   COC MONEY DEP → MYERS → PB.

**61. DEFENDANT'S VERSION / REMARKS:**

BEFORE RIGHTS, IN REFERENCE TO QUESTION, BEFORE ARREST

"I HAVE SOME CRACK".   "I WAS GOING TO SERVE HIM".

**62. RECORD CLERK'S NAME:**

**63. ARREST RECORD SUMMARY:** SYSTEM DOWN

**64. PROPERTY BOOK/PAGE NO. PRISONER'S PROPERTY ONLY:**

**65. BAIL REFORM ACT CASES:** ☐ Yes ☐ No

**66. PRINTED NAME - OFFICER MAKING STATEMENT:** MYERS, ALFRED
**BADGE NUMBER:** 2145
**RANK:** OFC
**UNIT:** 7D
**DATE:** 2/9/98

**67. SIGNATURE OF OFFICER MAKING STATEMENT:** /s/ Al Myers

**68. SIGNATURE OF REVIEWING OFFICIAL:** /s/
**UNIT:** 7D
**DATE:** 2-9-98

CHECK LAST COPY FOR LEGIBILITY BEFORE TURNING IN REPORT

DISTRICT OF ...
...

UNITED STATES

vs

Jackson, Adrain

person(s). Do not give Witnesses' Names or Addresses. REFER to them as W1 or W2, etc...

ON 2/9/98 AT APPROXIMATELY 0330 HRS WHILE ON ROUTINE PATROL THE DEFENDANT, A. JACKSON, IS OBSERVED OPERATING A GREEN NISS BEARING MD TAGS ETF-G10 WITH 0 LIGHTS RUNNING IN THE 100 BLK OF STERLING ST SE. DUE TO RECENT ...EPTS FROM AUTO'S AND A ROB GUN WHICH OCCURRED IN THE AREA, SPECIAL ATTENTION ... ENFORCED DURING THE MIDNIGHT TOUR OF DUTY. THE DEFENDANT AND A PASSENGER APPEARED TO BE SLUMPED IN THE VEHICLE TO AVOID BEING SEEN. A TRAFFIC STOP WAS CONDUCTED AND THE DEFENDANT AND PASSENGER WERE ASKED TO STEP OUT OF THE VEHICLE.

A FRISK OF THE DEFENDANT BY THE Arresting OFFICER, BY TOUCHING THE OUTER JACKET, FELT TO BE PACKAGE ROCK COCAINE. THE DEFENDANT WAS PLACED UNDER ARREST AND SEARCH INCIDENT TO ARREST REVEALED 56 SMALL ZIP LOCK BAGS OF A WHITE ROCK LIKE SUBSTANCE, A MAN SIZE ROCK LIKE SUBSTANCE, ALL ...CKAGE IN A MED CLEAR AND WICH BAG. THESE SUBSTANCES FIELD TESTED POSITIVE FOR A COLOR REACTION TO COCAINE. THE DEFENDANT WAS PLACED UNDER ARREST AND TRANSPORTED TO THE SEVENTH DISTRICT. RUGS DEF → MYERS → REBESH → MYERS → HS → PB.   COC MONEY DEF → MYERS → PB.

events described above occurred in the District of Columbia.

...ribed and sworn to before me this  9  day of  February  1998

Eddie Woodard  1612              7D              Yvette Davis
Officer          Badge           District        Deputy Clerk

**Metropolitan Police Department** — Incident-Based Event Report — Washington, D.C.

| TYPE OF REPORT | DATE AND TIME OF EVENT | | | | | DATE OF REPORT | TIME OF REPORT | DISTRICT | SECTOR | BEAT | COMPLAINT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Start Date | Start Time | End Date | End Time | | | | | | | |
| ● Offense / Incident | 0998033 | | | | | 980400 | | | | 70806710 | |

Right Mark ●
Wrong Marks ✓ ✗ —

**EVENT LOCATION ADDRESS:** 100 Blk of Sterling St SE

Rear of / In front of / Along side of / Inside of — NW/NE/SW/SE Corner

REPORT RECEIVED BY: ● On-scene (TRU / Walk-in / Radio run)
IS RADIO RUN LOCATION AND EVENT LOCATION THE SAME? Yes / No
PROPERTY TYPE: ● Public / Private

**EVENT NO. 1:** UCSA PWID Cocaine

FORCED ENTRY: Yes / No
POINT OF ENTRY
a. Method Used
b. Tools Used

**WEATHER CONDITIONS:** ● Clear / Cloudy / Rain / Snow / Other / Not applicable / Unknown

**SUSPECTED HATE CRIME?** None / Ethnic / Sexual Orientation / Racial / Religious / Other

**SECURITY SYSTEM:** Alarm/Audio, Alarm/Silent, Camera, Dog, Dead bolt, Unlocked, Ext lights, Interior lights, Fence, Guard, Neighborhood watch, Other, ● Not applicable, Unknown

**LOCATION TYPE (Mark only one):** Air/Bus/Train terminal, Alley, Bank/Savings & loan, Bus stop, Church/Synagogue/Temple, College/University, Commercial office building, Construction site, Convenience store, Department/Discount store, D.C. government building, Doctor's office/Hospital, Drug store, Federal/Government bldg., Field/Woods, Grocery/Supermarket, Hotel/Motel/Etc., Jail/Prison, Lake/Waterway, Liquor store, Park area, Parking lot/Parking garage, Public housing project, Public/Private school, Rental storage facility, Residence/Home, Restaurant, Service station, Sidewalk, Specialty store, ● Street/Highway/Road, Tavern/Night club, Other, Not applicable, Unknown

**DESIGNATED AREAS:** Victim's vehicle, ● Suspect's vehicle, Taxi-cab, Bus, Train/Metro/Amtrak/Etc., Hallway, Elevator, Stairwell, Basement/Laundry room, Apartment/Condo unit, Single family dwelling, Hotel/Motel room, College/University dorm, Classroom, Office room, Vacant building/room, Customer area, Storage area, In public housing, W/in 1 block of public housing, W/in 1,000 ft. of school, Other, Not applicable, Unknown

---

**PART II — VICTIM INFORMATION**

**NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1:** Society/Public

RELATED TO EVENT NO(S).: ● 1

**VICTIM TYPE:** Individual / Business / Financial ins. / Government / Religious org. / ● Society/Public / Police officer / Other

DATE OF BIRTH: Unknown / NA
AGE RANGE: 0-1 yr / 2-12 yrs / 13-17 yrs / 18-65 yrs / Over 65
SEX: Male / Female / Unknown
HOME PHONE / BUSINESS PHONE

RACE/ETHNICITY: American Indian/Alaskan Native, Asian/Pacific Islander, Black, Chinese, Latino/Hispanic, Jamaican, Japanese, Korean, Vietnamese, White, Other, Unknown/Refused

HOME ADDRESS: DC Resident / Non-DC Resident / Unknown
BUSINESS ADDRESS/SCHOOL
OCCUPATION
IS EVENT RELATED TO OCCUPATION? Yes / No / Unknown
ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1

**STATUS (Mark one):** Open / Unfounded / Closed / Suspended / ● Closed by arrest, attach PD-252
REVIEWER
DISTRIBUTION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| IS VICTIM #1 THE REPORTING PERSON? IF N ENTER THE NAME, ADDRESS, AND PHONE NUMBER OF THE REPORTING PERSON | | | Name: Address: | | | | Phone-Area Code: | | |
| Yes  No | | | | | | | | | |
| DID THE REPORTED EVENT OCCUR AS A RESULT OF AN INTRA-FAMILY MATTER? | | | WAS PD FORM 378A ISSUED? | | IS CPO/TPO OUTSTANDING? | | IF YES, ENTER CPO/TPO #: | | |
| Yes  ☒No | | | Yes   No | | Yes  No  Unknown | | | | |
| INJURIES Use the following codes to describe injuries. (Mark all that apply) | | | I = None Visible M = Apparent Minor Injury B = Apparent Broken Bones | | O = Other Major Injury I = Possible Internal Injury G = Gunshot | | L = Severe Laceration T = Loss of Teeth U = Unconscious | | |

| INJURED | NUMBER | INJURY CODE | DESCRIBE INJURY | WHERE TAKEN | BY WHOM | DCFD AMB. | DCFD AMB. # | STATUS |
|---|---|---|---|---|---|---|---|---|
| Victim | | | N/A | | | Yes | | Admitted |
| Suspect | | | | | | No | | Released |
| Victim | | | | | | Yes | | Admitted |
| Suspect | | | | | | No | | Released |
| Victim | | | | | | Yes | | Admitted |
| Suspect | | | | | | No | | Released |
| Victim | | | | | | Yes | | Admitted |
| Suspect | | | | | | No | | Released |

**PART III - PROPERTY**

| Codes | S = Stolen | I = Impounded | L = Lost | a. Property Book & Page No. | b. Location of Property Book |
|---|---|---|---|---|---|
| | E = Evidence | V = Vehicle from which theft occurred | P = Suspected proceeds of crime | 549/137 | 7D |
| | R = Recovered | | O = Other | | |
| | F = Found | D = Alleged drug type | | | |

| Code | Description of Item(s) | Serial Number/ Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value |
|---|---|---|---|---|---|---|---|---|---|
| E | Clear plastic bag containing medium size white rock chunk | — | — | white | med | 1 | | | |
| E | Small red and black ziplocks containing white rock like substance | — | — | Blue + Red | small | 56 | | | |
| P | Assorted U.S Currency | — | — | Green | | | $346.00 | | $346.00 |

TOTAL VALUE  $346.00

**VEHICLE INFORMATION** — Vehicle operated/used by: Victim ☒Suspect   Victim's vehicle taken by suspect

| Code | Year | Make | Model | Color | Body | Tag No./State/Year | VIN |
|---|---|---|---|---|---|---|---|
| O | 94 | Nissan | Altima | Green | 4dr | EFT-610 md 99 | 1N4BU31D0RC130510 |

**PART IV - SUSPECT/MISSING PERSON INFORMATION (Use narrative if additional space is needed.)**

#1
☒Suspect  Missing
a. Race: Asian  White  ☒Black  Latino/Hispanic  Unknown  Other
b. Sex: ☒Male  Female  Unknown
c. Exact Age or Range: 19
d. Height: 5'7
e. Weight: 1
f. Eyes: Bro
g. Hair: Blk
h. Complexion: Med
i. Scars  j. Mustache  k. Facial Hair  l. Hat  m. Coat/Jacket  n. Pants: Green  o. Blouse/Shirt: Blue
p. Perpetrator Suspected of Using: Alcohol  Drugs  Computer  N/A

q. Weapons Used in Offense (Mark all that apply)
Firearm: Handgun, Shotgun, Other; Revolver, Semi-automatic firearm; Rifle, Automatic
Other: Cutting instrument, Blunt object, Motor vehicle; Hands/Feet/Teeth, None, Unknown; Other (specify)
Color  Make  Model  Caliber

#2
Suspect  Missing
a. Race: Asian  White  Black  Latino/Hispanic  Unknown  Other
b. Sex: Male  Female  Unknown
c. Exact Age or Range  d. Height  e. Weight  f. Eyes  g. Hair
h. Complexion  i. Scars  j. Mustache  k. Facial Hair  l. Hat  m. Coat/Jacket  n. Pants  o. Blouse/Shirt
p. Perpetrator Suspected of Using: Alcohol  Drugs  Computer  N/A

q. Weapons Used in Offense (Mark all that apply)
Firearm: Handgun, Shotgun, Other; Revolver, Semi-automatic firearm; Rifle, Automatic
Other: Cutting instrument, Blunt object, Motor vehicle; Hands/Feet/Teeth, None, Unknown; Other (specify)
Color  Make  Model  Caliber

#3
Suspect  Missing
a. Race: Asian  White  Black  Latino/Hispanic  Unknown  Other
b. Sex: Male  Female  Unknown
c. Exact Age or Range  d. Height  e. Weight  f. Eyes  g. Hair
h. Complexion  i. Scars  j. Mustache  k. Facial Hair  l. Hat  m. Coat/Jacket  n. Pants  o. Blouse/Shirt
p. Perpetrator Suspected of Using: Alcohol  Drugs  Computer  N/A

q. Weapons Used in Offense (Mark all that apply)
Firearm: Handgun, Shotgun, Other; Revolver, Semi-automatic firearm; Rifle, Automatic
Other: Cutting instrument, Blunt object, Motor vehicle; Hands/Feet/Teeth, None, Unknown; Other (specify)
Color  Make  Model  Caliber

*Value of vehicles to be entered by Information Processing section

067-152

PROBABLE CAUSE OF ABSENCE AND DESTINATION | COMPLAINT NUMBER

IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED: | CLASSIFICATION | CLASSIFIED BY:
Critical
Non-critical

PHYSICAL/MENTAL CONDITION (i.e., diabetic) | DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED | NAME OF PARENT/GUARDIAN

ADDRESS OF PARENT/GUARDIAN | IF JUVENILE, ENTER MOTHER'S MAIDEN NAME | MISSING PERSON SECTION NOTIFIED (Name)

NARRATIVE   Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

Item Number Continued

As a result of a traffic stop of the listed vehicle, the listed narcotics were seized from S-1's person along with the listed currency. A portion of the narcotics were field tested positive with a color reaction for cocaine.
Narcotics and currency are listed on 7D Evidence book #599 pg 127.

Approximate weight of cocaine is 18 grams.

EVIDENCE TECHNICIAN/CSES #   SSO M. Bryant
NAME OF INVESTIGATOR NOTIFIED
TELETYPE NOTIFIED (Name)
NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED
TELETYPE #

REPORTING OFFICER'S SIGNATURE: Eddie Woodard   ELEMENT: 7D
OTHER POLICE AGENCY (Indicate if report prepared by officer other than MPD): USCP / USSS / METRO TRANSIT / OTHER
SECOND OFFICER'S NAME   ELEMENT
SIGNATURE OF SUPERVISOR: MPO C.A. West   ELEMENT: 7D

PAGE 3

**PD 252 Rev. 10/86 — Metropolitan Police Department: SUPPLEMENT REPORT — Washington, D.C.**

- [ ] Classification Change
- [x] Additional Information

**Complaint Number:** 067-162
**Date of Report:** 2-9-98
**Date and Time of Event:** 2-9-98 0330
**Date and Time of Original Report:** 2-9-98 0400
**Location:** 100 Blk of Sterling St SE
**Property Type:** Public
**Where Entered:** Street

**Complainant:** Society/Public

Suspect — See item #22

### NARRATIVE:

Case closed with the arrest of:
1) Jackson, Adrain D., Black Male, D.O.B 7-11-78
2) 3351 Brothers Pl SE
3) SSN# 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
4) Arrest# 079800937
5) Charged with PWID Cocaine

**Status:** CLOSED

**Investigative Officer's Recommendation:** SUSPEND

Reporting Member's Signature — Badge/Elem 1612 7D
Supervisor's Signature — MPD — Badge/Elem 3564 7D

87P7575   PAGE 1 OF 1 PAGES

**U.S. Department of Justice**
Drug Enforcement Administration

Read Instructions on Reverse before completing.

## REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|
| ☐ Purchase ☒ Seizure ☐ Free Sample | | | 067-162 | Felony | F |
| ☐ Lab. Seizure ☐ Money Flashed ☐ Compliance Sample (Non-Criminal) | | | | | |
| ☐ Internal Body Carry ☐ Other (Specify) | | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Wash DC | 2-9-98 | Jackson, Adrian |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| MPDC 7D | ☒ Case No. ☐ Seizure No.  No. 079802437 | 2-9-98 | |

| 9. Exhibit No. | 10. FDIN (8 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 1 | | Crack Cocaine | | 5.7 | 5.7 | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG? ☒ NO (included above)   ☐ YES (if Yes, enter exhibit no. and describe original container fully)

REMARKS: On 2-9-98 the File Title was found to be in possession of the above listed illegal narcotics. Seized were 56 small Red and Blue ziplocks containing white rock like substance and 1 clear plastic bag containing a medium size chunk of a white rock like substance. A portion of each was field tested with a positive color reaction for cocaine. Narcotics listed on 7D evidence book 599/___

17. SUBMITTED BY SPECIAL AGENT (Signature)
18. APPROVED BY (Signature & Title)

### LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| | | |
| 22. SEAL ☐ Broken ☐ Unbroken | 23. RECEIVED BY (Signature & Date) | 24. Print or Type NAME and TITLE |

### LABORATORY REPORT

25. ANALYSIS SUMMARY AND REMARKS

| EXH. | AMT REC'D | ANALYSIS SUMMARY |
|---|---|---|
| 1.01 | 5.6g | 56 plastic ziplock bags (24 red, 32 black) with a white rocky substance found to contain cocaine base. |
| 1.02 | 5.1g | 1 clear plastic bag with a white rocky substance found to contain cocaine base. |

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 1.01 | | cocaine base | 81 | | | 4.7g | 5.2g |
| 1.02 | | cocaine base | 88 | | | 4.4g | 4.7g |

| 34. ANALYST (Signature)  Matthew W. Sider | 35. TITLE  Forensic Chemist | 36. DATE COMPLETED  4/6/98 |
|---|---|---|
| 37. APPROVED BY (Signature & Date)  Paul De Zan | 38. TITLE  Laboratory Director | 39. LAB. LOCATION  Washington, D.C. |

DEA Form - 7
(Sept. 1995)

Previous edition dated 4/90 may be used until stock is exhausted.

5 – Receipt Copy