UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

KIRK CARTER
      Defendant.

CRIMINAL NO.: 05-386(ESH)

JUDGE ELLEN S. HUVELLE

**DEFENDANT KIRK CARTER'S OPPOSITION TO THE GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE 404b EVIDENCE AND 609 EVIDENCE**

Defendant Carter objects to any evidence sought by the Government to be admitted regarding other crimes. The Government's notice makes no showing that such other crimes would prove motive, opportunity, intent, preparation, plan, knowledge, identity or absence of mistake or accident.

Defendant Carter objects to the Government introducing any prior conviction of the defendant under rule 609 because the Government has made no showing of probative value of such conviction as supported by specific facts.

Respectfully submitted,

_____
Charles F. Daum, Esquire

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Defendant Kirk Carter's Opposition To The Government's Notice Of Intent To Introduce 404b Evidence And 609 Evidence was delivered on August 14, 2006, via Fascimile, to the following counsel of record:

Rachel Carlson Lieber
Assistant United States Attorneys
555 4th Street, N.W. 4th Floor
Washington, D.C. 20530
(202) 353-8055
(202) 353-9414 (fax)

Jack Geise
Assistant United States Attorneys
555 4th Street, N.W. 4th Floor
Washington, D.C. 20530
(202) 616-9156
(202) 353-9414 (fax)

                                            _____
                                            Charles F. Daum, Esquire
                                            736 5th . Street, NE
                                            Washington, D.C. 20002
                                            (202) 546-8886
                                            (202) 546-0330 (fax)
                                            DC Bar 952481

Case 1:05-cr-00386-ESH   Document 178   Filed 08/14/2006   Page 3 of 3

3