UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Cr. No. 05-386 (ESH) |
| | : | |
| v. | : | |
| | : | FILED |
| ANTOINE JONES, et. al | : | AUG 15 2006 |
| | : | |
| Defendants. | : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Pending before the Court is the United States' "Motion for Modification of Filing Deadlines." This motion is unopposed.

1) The United States will be allowed until August 28, 2006, to produce: a) a list of all exhibits it expects to use at trial, including all transcripts, video and audio clips; and b) final transcripts of all wire intercepts it intends to use at trial.

2) any objections by defendants to the above evidence must be made by September 22, 2006.

_8/15/06_
Date

_Ellen S Huvelle_
ELLEN SEGAL HUVELLE
United States District Judge