## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Kirk Carter,<br><br>      Defendant. | Crim. No. 05-0386 (ESH) |

### NOTICE OF APPLICABILITY OF ENHANCED PENALTIES
### AND INFORMATION CONCERNING DEFENDANT'S PRIOR CONVICTIONS

Pursuant to Title 21, United States Code, Section 851(a)(1), the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court that the defendant, Kirk Carter, has been convicted of the following offense: in the United States District Court for the District of Columbia, in case No. 90-098-1 conspiracy to distribute in excess of 50 grams of cocaine base.

The United States further informs the Court that the existence of any prior conviction for a felony drug offense as defined by Title 21, United States Code, Section 802(44), may subject the defendant to enhanced penalties under Title 21, United States Code, Sections 846 and 841(b)(1)(A).

The existence of one prior qualifying drug conviction subjects the defendant to a sentence of not less than 20 years imprisonment nor more than life under count one of the pending indictment.

                                                  Respectfully submitted,

                                                  Jeffrey A. Taylor
                                                  UNITED STATES ATTORNEY

                                                  _____
                                                  John V. Geise
                                                  ASSISTANT UNITED STATES ATTORNEY
                                                  D.C. Bar No. 358-267
                                                  U.S. Attorney's Office
                                                  Organized Crime & Narcotics Trafficking Section
                                                  555 4th Street, N.W.,
                                                  Washington, DC 20530
                                                  (202) 616-9156   FAX:  (202) 353-9414
                                                  John.Geise@usdoj.gov