(1) ... - Go to Mike
(2) ... to see ...
(3) ...
(4) ( ... )
(5) ... - Free party ...
(6)

(1) Vicky number #
(2) Willis ...
(3) Buck address, Buck number
(4) Bryant ## → Bow
(5) ... - ... - 12
(6) Derrick
(7) Pauline
(8) Youngin 77
(9) Coop
(10) Chris
Fat Derrick #

(11) Tell Mike ...
(12) Called and see ...
(13) ...
(14) ...
(15) ...
(16) Called Beverly 301 322-9046
Get her cell number
Karen will have it.
(17) Ruel Bremea
307-...
(18) Father #

A-1



Buck - Receipt
Ivie ?
Pline ?
Derrick ?
Bow ?
Oct 14
Denicce 301 893-0838
240 416-2249
298 9365
Mike 301 885 0951
Adrien 301 423 0191
Deb 301 809 0978
240 381 1424
202 295 4516
Tyrone 301 513-9449 Home
Tyrone 202 679-4611
Lawrence 301 6136293
Club Level 202 269-0100
240-416-2249
Niccey Cell
Antoine cell - 202 639-0999
A. Eduardo Baltar
Deb
Mike Law 240 3469889
Nette
Belvedere Mkty 301 322 9046
Ivie
397-060
Rocl Bremen
202 391-9206 Nette
Niccey
Donald Hunter?
Mike wife ?
Kevin Ry - Carey
Donald Hunter
Harold Holden
Davon Howard
Tony B
301 Nette
870-7884
Kathy
232 232 1565
Lye 202 479-2233
A-8

Beverly Johnson
1918 Village Green Dr.
Hyattsville MD 20785

USA 37

Antoine Jones
241-912
1901 D St SE
Washington DC
20003

(3)

SE2/46

A-3

Hey
It's me Beverly. Miss You! I guess things didn't work out like I wanted them too. I receive your letter Tuesday 6th. I waited all night hoping you where going to knock on my door Wednesday night. But coming home thursday after seven and see that you call, I knew you didn't make it home. I miss you. Right now I'm crying because I'm going through a little stress. And my son is not making it any better with getting in trouble with the police. I already have one son in jail and keep telling him, it's not a good place to be.

I wish you where here holding me, just holding me close to you, oh I miss you! You must think I crazy keep saying I miss you, but I do. Could you tell me what's going one, I wanted to come to court but I know your wife was going to be there and I did not

A-4

wanted to look strange. But I care! I see you calling me but a good time to call is after seven P.M Monday thur Saturday and starting December after 8:00 pm because of X-mas. You know my job its finish until all the mail is deliver,

The information on Donald Hunter. He is in NE 2. yes he's over there and Kevin Rey is bald head and he's on the street last they know. Something else. I remember when he had a big case and they or the word was going around that he's been snitching because he seem to come home on them Now I'm sitting here hoping you call before your phone time is up

Take Care
Because I Care
Beverly

A-5