UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Cr. No. 05-386 (ESH) |
| | : | |
| v. | : | |
| | : | |
| ANTOINE JONES, | : | |
| also known as "Toine," | | |
| LAWRENCE MAYNARD, and | : | |
| KIRK CARTER | : | |
| | : | |
| Defendants. | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT MAYNARD'S MOTION FOR CLARIFICATION (DKT 387)**

The United States of America, by and through its counsel, Jeffrey A. Taylor, the United States Attorney for the District of Columbia, Rachel C. Lieber and John V. Geise, Assistant United States Attorneys, in response to defendant Maynard's Motion for Clarification says as follows.

After reviewing the authority cited in the motion for clarification, particularly United States v. Wood, 879 F.2d 927, 936-37 (D.C. Cir. 1989), the United States agrees that defendant

Maynard's rule 11 colloquy and the related agreed statement of facts in his plea of guilty may not be used for impeachment purposes if he should testify in the pending case.

                                          Respectfully submitted,

                                          Jeffrey A. Taylor,
                                          United States Attorney


                                        By:_____
                                          John V. Geise
                                          Assistant United States Attorney
                                          D.C. Bar No. 358267
                                          555 4th Street, NW, Room 8445
                                          Washington, DC 20530
                                          (202) 514-7121
                                          John.geise@usdo.gov