**HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

UNITED STATES OF AMERICA     :    Docket No.: 05-386-11
                             :    SSN: N/A

JAN 1 4 2008

              vs.            :
                             :    Disclosure Date:   December 14, 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CARTER, Kirk

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case.  The undersigned further
acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( ✓ )    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the
       attachment herein.

_____          _1/14/08_____
**Prosecuting Attorney**                          **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the
       attachment.

_____          _____ _1/13/08_
**Defendant         Date**            **Defense Counsel         Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material
inaccuracies or disputes in writing by **December 28, 2007**, to U.S. Probation Officer
**Deborah Stevens-Panzer**, telephone number **(202) 565-1422**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the
Attorney for the Government and the Defense Counsel to provide each other with a copy of
the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**Gennine A. Hagar, Chief
United States Probation Officer