HONORABLE ELLEN SEGAL HUVELLE
UNITED STATES JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**
FEB 19 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Carter, Kirk                                             Docket No.: CR 05-386-11

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __Kirk Carter__ having been sentenced, on January 14, 2008, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __CI Rivers__, in __Winton, NC__ 2 p.m., on __2-28-08__.

__2/15/08__
Date

__Ellen S Huvelle__
ELLEN SEGAL HUVELLE
UNITED STATES JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_____          _____
**ATTORNEY/U.S. PROBATION OFFICER**              **DEFENDANT**

Revised 6-2004